UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

_____
)
In RE: )
   Robert C. Vivlamore )
) Case No.:  18-40594 EDK
)
   Debtor. ) Chapter:  13
_____)

DEBTOR'S MOTION TO AVOID AND CANCEL JUDICIAL LIEN
ON RESIDENTIAL REAL ESTATE

**Now comes,** Robert C. Vivlamore, Debtor in the above captioned matter and requests that this Honorable Court enter an order avoiding a judicial lien held on residential real-estate held by Beneficial Massachusetts, Inc. (herein after "Beneficial") and CACH, LLC (herein after "CACH") under 11 U.S.C. § 522(f). In support thereof, the Debtor states as follows:

1. The Debtor commenced this case on April 2, 2018 by filing a voluntary petition for relief under chapter 13 of the Code.

2. The section 341 meeting was first scheduled for May 11, 2018.

3. The deadline for objecting to claimed exemptions is 30 days from the conclusion of the Meeting of Creditors and has expired and no objection has been filed.

Beneficial

4. Pursuant to MLBR 40003-1(a)(1) the holder if the judicial lien to be removed is Beneficial whose address appears below in the certificate of service.

5. Pursuant to MLBR 40003-1(a)(2) Beneficial recorded a judicial lien against Debtor's real property by virtue of the attached Execution granted by the Worcester District Court on May 11, 2019 and recorded on June 24, 2009 with the **Worcester County Registry of Deeds in Book 44474 Page 336**. See Exhibit 1.

6. Pursuant to MLBR 40003-1(a)(3) the amount of the lien at the time of filing was $16,597.36 plus interest.

7. Pursuant to MLBR 40003-1(a)(4) and (5): Other lien holders on the property and the total amount of the liens:

   First in Priority:

       Bayview Loan Servicing, LLC

           Amount: $288,012.08 – see claim no. 5

   Second in Priority:

       Beneficial  -  **lien being avoided**

           Amount: $16,597.36 plus interest

   Third in Priority:

       CACH  -

           Amount: $2,856.46 plus interest

8. Pursuant to MLBR 40003-1(a)(5): Total amount of liens on the property other than the lien being avoided:     $290,868.54 plus interest

9. Pursuant to MLBR 40003-1(a)(6): Exemption being impaired, Amount: $500,000.00 pursuant to MGL c. 188 §3.

10. Pursuant to MLBR 40003-1(a)(7): Debtor owns real property located 817 Franklin Street, Worcester, Massachusetts. Said property is valued at $284,171. See Exhibit 2.

11. Pursuant to MLBR 40003-1(a)(8): Application of section 522 (f)(2)(a)[1] formula:

    The Lien, §522 (f)(2)(A)(i):              $16,597.36 plus interest
    All other Liens, §522 (f)(2)(A)(ii)         $290,868.54

---

[1] 522(f)(2)(a) "(A) For the purposes of this subsection, a lien shall be considered to impair an exemption to the extent that the sum of--
(i) the lien;
(ii) all other liens on the property; and
(iii) the amount of the exemption that the debtor could claim if there were no liens on the property;
exceeds the value that the debtor's interest in the property would have in the absence of any liens."

    Exemption, MGL c. 188 §3                       $500,000.00

12. As such, pursuant to Pursuant to MLBR 40003-1(a)(8) and section 522 (f)(2)(a) the lien being avoided "exceeds the value that the debtor's interest in the property would have in the absence of the lien."

13. Pursuant to MLBR 40003-1(a)(9): Debtor states that the entire lien is avoidable.

14. Pursuant to MLBR 40003-1(a)(10): Attached as exhibit 2 is the debtor's valuation of the subject property.

## CACH

15. Pursuant to MLBR 40003-1(a)(1) the holder if the judicial lien to be removed is CACH whose address appears below in the certificate of service.

16. Pursuant to MLBR 40003-1(a)(2) CACH recorded a judicial lien against Debtor's real property by virtue of the attached Execution granted by the Worcester District Court on June 15, 2009 and recorded on July 1, 2009 with the **Worcester County Registry of Deeds in Book 44525 Page 388**. See Exhibit 3.

17. Pursuant to MLBR 40003-1(a)(3) the amount of the lien at the time of filing was $2,856.46 plus interest.

18. Pursuant to MLBR 40003-1(a)(4) and (5): Other lien holders on the property and the total amount of the liens:

First in Priority:

    Bayview Loan Servicing, LLC

        Amount: $288,012.08 – see claim no. 5

Second in Priority:

    Beneficial -  **REMOVED ABOVE, NOT PART OF THIS CALCULATION**

        Amount: $16,597.36 plus interest

Third in Priority:

                CACH  -    **lien being avoided**

                Amount: $2,856.46 plus interest

19. Pursuant to MLBR 40003-1(a)(5): Total amount of liens on the property other than the lien being avoided:     **$288,012.08 plus interest**
20. Pursuant to MLBR 40003-1(a)(6): Exemption being impaired, Amount: $500,000.00 pursuant to MGL c. 188 §3.
21. Pursuant to MLBR 40003-1(a)(7): Debtor owns real property located 817 Franklin Street, Worcester, Massachusetts. Said property is valued at $284,171. See Exhibit 2.
22. Pursuant to MLBR 40003-1(a)(8): Application of section 522 (f)(2)(a)[2] formula:
    | | |
    |---|---|
    | The Lien, §522 (f)(2)(A)(i): | $2,856.46 plus interest |
    | All other Liens, §522 (f)(2)(A)(ii) | $288,012.08 |
    | Exemption, MGL c. 188 §3 | $500,000.00 |
23. As such, pursuant to Pursuant to MLBR 40003-1(a)(8) and section 522 (f)(2)(a) the lien being avoided "exceeds the value that the debtor's interest in the property would have in the absence of the lien."
24. Pursuant to MLBR 40003-1(a)(9): Debtor states that the entire lien is avoidable.
25. Pursuant to MLBR 40003-1(a)(10): Attached as exhibit 2 is the debtor's valuation of the subject property.

**WHEREFORE**, Debtors respectfully request that this Honorable Court:

    a) Avoid and Cancel the lien of Beneficial Massachusetts, Inc. in its entirety, that being for the sum of $16,597.36 plus interest;

---

[2] 522(f)(2)(a) "(A) For the purposes of this subsection, a lien shall be considered to impair an exemption to the extent that the sum of--
(i) the lien;
(ii) all other liens on the property; and
(iii) the amount of the exemption that the debtor could claim if there were no liens on the property;
exceeds the value that the debtor's interest in the property would have in the absence of any liens."

b) Avoid and Cancel the lien of CACH, LLC in its entirety, that being for the sum of $2,856.46 plus interest; and

c) Grant such other and further relief as just and proper.

Date:   September 2, 2018

Respectfully submitted,

Robert C. Vivlamore,

Though counsel,

<u>/s/ Robert W. Kovacs, Jr.</u>
Robert W. Kovacs, Jr.
BBO# 671497
Kovacs Law, P.C.
131 Lincoln Street
Worcester, MA 01605
Robert@RKovacslaw.com
(508) 926 - 8833

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

_____
                                       )
    In RE:                             )
        Robert C. Vivlamore            )
                                       )   Case No.:     18-40594 EDK
                                       )
        Debtor.                        )   Chapter:      13
_____)

CERTIFICATE OF SERVICE

I hereby certify that upon information and belief the above was served via the CM/ECF System of the United States Bankruptcy Court for the District of Massachusetts upon the

- United States Trustee
- Standing Trustee
- **Richard T. Mulligan and David Yunghans for Bayview Loan Servicing, LLC**
- **Brendan T. Mockler for Internal Revenue Service**

**Manual Notice List**

I further certify that I, served a copy of the same by first class mail, postage prepaid, on the non-CM/EFC participants listed below:

**Robert C. Vivlamore**
817 Franklin St
Worcester, MA 01604

James Anthony Cambece
J.A. Cambece Law
8 Bourbon Street
Peabody, MA 01960

Thomas E. Carlotto
Shechtman Halperin Savage, LP
1080 Main Street
Pawtucket, RI 02860

BENEFICIAL MASSACHUSETTS INC. – Principle Office
636 GRAND REGENCY BLVD
BRANDON, FL  33510   USA

BENEFICIAL MASSACHUSETTS INC

Case 18-40594    Doc 42    Filed 09/02/18    Entered 09/02/18 22:11:59    Desc Main
              Document      Page 7 of 18

C T CORPORATION SYSTEM - **Registered Agent**
155 FEDERAL ST., SUITE 700
BOSTON, MA   02110   USA

BENEFICIAL MASSACHUSETTS INC
KATHRYN MADISON, President
961 WEIGEL DR.
ELMHURST, IL 60126 USA

CACH, LLC – Principle Office
6801 S. CIMARRON ROAD SUITE 424-H
LAS VEGAS, NV   89113   USA

CACH, LLC
CORPORATION SERVICE COPMANY - **Resident Agent**
84 STATE STREET
BOSTON, MA   02109   USA

CACH, LLC
BRYAN FALIERO, Manager
55 BEATTIE PLACE SUITE 110
GREENVILLE, SC 29601 USA


Dated:        September 2, 2018

                                        Respectfully submitted,

                                        /s/ Robert W. Kovacs, Jr.
                                        Robert W. Kovacs, Jr.
                                        BBO# 671497
                                        Kovacs Law, P.C.
                                        131 Lincoln Street
                                        Worcester, MA 01605
                                        Robert@RKovacslaw.com
                                        (508) 926 - 8833

*OLF21 (Official Local Form 21)*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## CENTRAL DIVISION

|  |  |
|---|---|
| In RE: | ) |
|     Robert C. Vivlamore | ) |
|  | )    Case No.:    18-40594 EDK |
|  | ) |
|     Debtor. | )    Chapter:    13 |
|  | ) |

### ORDER AVOIDING LIEN IMPAIRING EXEMPTION

Upon consideration of 1) the motion to avoid lien impairing exemption through which the Debtor(s) made a request to avoid the lien of <u>Workers Credit Union</u> pursuant to 11 U.S.C. § 522(f) as impairing the exemption of the Debtor(s); 2) the calculation of impairment; 3) the Schedule of Exemptions filed by the Debtor(s); 4) the absence of an objection to the motion to avoid the lien or the Court having overruled any and all objections to the motion; 5) the entire record of proceedings in this case; and 6) the provisions of 11 U.S.C. § 522(f)(1) and (2), Fed. R. Bankr. P. 4003 and MLBR 4003-1,

The Court hereby orders and decrees that the lien of <u>Beneficial Massachusetts, Inc.</u>, recorded on June 24, 2009 at the Worcester County Registry of Deeds at **Book 44474, Page 336** impairs the Debtor(s)' exemption in 817 Franklin Street, Worcester, Massachusetts (the "Exempt Property") and declares that the lien covering the interest in exempt property of the Debtor(s) is avoided in its entirety.

The Court hereby orders and decrees that the lien of <u> CACH, LLC,</u> recorded on July 1, 2009 at the Worcester County Registry of Deeds at **Book 44525, Page 388** impairs the Debtor(s)' exemption in in 817 Franklin Street, Worcester, Massachusetts (the "Exempt Property") and declares that the lien covering the interest in exempt property of the Debtor(s) is avoided in its entirety.

Pursuant to 11 U.S.C. § 349(b)(1)(B), the avoided lien shall be reinstated if the case is dismissed unless the Court, for cause, orders otherwise.

By the Court,

_____
United States Bankruptcy Judge

EXHIBIT 1

# EXECUTION

DOCKET NUMBER: 200862CV004537

Trial Court of Massachusetts
District Court Department 

CASE NAME: **BENEFICIAL MASSACHUSETTS INC. vs. ROBERT C. VIVLAMORE**

| | |
|---|---|
| JUDGMENT CREDITOR(S) IN WHOSE FAVOR EXECUTION IS ISSUED<br>P01    BENEFICIAL MASSACHUSETTS INC. | CURRENT COURT<br>Worcester District Court<br>225 Main Street<br>Worcester, MA 01608<br>(508) 831-2010 |
| JUDGMENT CREDITOR (OR CREDITOR'S ATTORNEY) WHO MUST ARRANGE SERVICE OF EXECUTION<br>P01  THOMAS E. CARLOTTO<br>SHECHTMAN HALPERIN SAVAGE LLP<br>1080 MAIN STREET<br>PAWTUCKET, RI 02860 | FURTHER ORDERS OF THE COURT<br><br>2009 00072530<br>Bk: 44474 Pg: 336<br>Page: 1 of 2  06/24/2009 03:13 PM  WD |
| JUDGMENT DEBTOR AGAINST WHOM EXECUTION IS ISSUED<br>D01  ROBERT C. VIVLAMORE<br>817 FRANKLIN ST<br>WORCESTER, MA 01604 | A TRUE COPY ATTEST<br><br>DEPUTY SHERIFF |

**TO THE SHERIFFS OF THE SEVERAL COUNTIES OR THEIR DEPUTIES, OR (SUBJECT TO THE LIMITATIONS OF G.L. c. 41 § 92) ANY CONSTABLE OF ANY CITY OR TOWN WITHIN THE COMMONWEALTH:**

The judgment creditor(s) named above has recovered judgment against the judgment debtor named above in the amount shown below.

**WE COMMAND YOU**, therefore, from out of the value of any real or personal property of such judgment debtor found within your territorial jurisdiction, to cause payment to be made to the judgment creditor(s) in the amount of the "Execution Total" shown below, plus additional postjudgment interest as provided by G.L. c. 235 § 8 on the "Judgment Total" shown below commencing from the "Date Execution Issued" shown below at the "Annual Postjudgment Interest Rate" shown below, and to collect your own fees, as provided by law. This Writ of Execution is valid for twenty years from the "Date Judgment Entered" shown below. It must be returned to the court, along with your return of service, within ten days after this judgment has been satisfied or discharged, or after twenty years if this judgment remains unsatisfied or undischarged.

| | |
|---|---|
| 1. Judgment Total | $16,494.33 |
| 2. Date Judgment Entered | 04/22/2009 |
| 3. Date Execution Issued | 05/11/2009 |
| 4. Number of Days from Judgment to Execution *(Line 3 - Line 2)* | 19 |
| 5. Annual Postjudgment Interest Rate of 12.00% / 365 = Daily Interest Rate | 0.032877% |
| 6. Postjudgment Interest from Judgment to Execution *(Lines 1x4x5)* | $103.03 |
| 7. Postjudgment Costs *(if any)* | $0.00 |
| 8. Credits *(if any)* | $0.00 |
| 9. **EXECUTION TOTAL** *( Lines 1 + 6 + 7, minus Line 8)* | $16,597.36 |

LEVYING OFFICER:    (a) Add daily interest from date execution issued.
                    (b) Add your fees as provided by law:

| TESTE OF FIRST JUSTICE | DATE EXECUTION ISSUED | CLERK-MAGISTRATE/ASST. CLERK |
|---|---|---|
| WITNESS:    Hon. Paul F. LoConto | 05/11/2009 | X |

Date/Time Printed:  05/11/2009 08:36 AM

FORM NO.

**Worcester, SS. Worcester**                                             **June 23 2009**

By virtue of an Execution which issued on a Judgment in favor of

**Beneficial Massachusetts Inc**
against Judgment Debtor **Robert C Vivlamore A/K/A Robert C Vivlamore Jr,**
**817 Franklin Street, Worcester MA 01604**
which was rendered on **April 22 2009** said Execution having been placed in my hands for the purpose of taking the lands of said Judgment Debtor, I have this day at 9:05 A.M. seized and taken all right, title and interest which said Judgment Debtor had not exempt by law from attachment or levy on execution in and to a certain parcel of land in said **Worcester** bounded and described as follows:

817 Franklin Street, Worcester, MA

Land and buildings thereon on the northerly side of Franklin Street, Worcester, Massachusetts, and shown as Lot C (Revised) on a Plan of Land in Worcester, MA, prepared for MAV Development Corporation plan by: George E. Smith & Associates 20 Oneida Avenue, Worcester, MA, 01606, dated May 22, 1998 and recorded in the Worcester District Registry of Deeds in Plan Book 736, Plan 10.

Being a portion of Tract I in a deed to grantor and recorded in Book 19911, Page 81.

The above is a true copy of so much of my return as relates to the seizure of Real Estate. And I suspend further action at this time on the written request of the Plaintiff's attorney.
Mail to:

ATTEST: _____
**Tammy A Lemieux**
**Deputy Sheriff**

**Thomas E Carlotto**
**Shechtman Halperin Savage LLP**
**1080 Main Street**
**Pawtucet RI 02860`**

ATTEST: WORC. Anthony J. Vigliotti, Register

EXHIBIT 2

| EXECUTION | DOCKET NUMBER<br>200962CV000855 | Trial Court of Massachusetts<br>District Court Department |  |
|---|---|---|---|

CASE NAME  CACH, LLC vs. ROBERT VIVLAMORE A/K/A ROBERT C. VIVLAMORE, JR.

27394

| JUDGMENT CREDITOR(S) IN WHOSE FAVOR EXECUTION IS ISSUED<br>P01  CACH, LLC | CURRENT COURT<br>Worcester District Court<br>225 Main Street<br>Worcester, MA 01608<br>(508) 831-2010 |
|---|---|
| JUDGMENT CREDITOR (OR CREDITOR'S ATTORNEY) WHO MUST ARRANGE SERVICE OF EXECUTION<br>P01 JAMES ANTHONY CAMBECE<br>J. A. CAMBECE LAW OFFICE, P.C.<br>8 BOURBON STREET<br>PEABODY, MA 01960 | FURTHER ORDERS OF THE COURT<br>2009 00077005<br>Bk: 44525 Pg: 388<br>Page: 1 of 2  07/01/2009 03:37 PM  WD<br>A TRUE COPY ATTEST<br>DEPUTY SHERIFF |
| JUDGMENT DEBTOR AGAINST WHOM EXECUTION IS ISSUED<br>D01 ROBERT VIVLAMORE A/K/A ROBERT C. VIVLAMORE, JR.<br>817 FRANKLIN ST.<br>WORCESTER, MA 01604 | |

TO THE SHERIFFS OF THE SEVERAL COUNTIES OR THEIR DEPUTIES, OR (SUBJECT TO THE LIMITATIONS OF G.L. c. 41 § 92) ANY CONSTABLE OF ANY CITY OR TOWN WITHIN THE COMMONWEALTH:

The judgment creditor(s) named above has recovered judgment against the judgment debtor named above in the amount shown below.

WE COMMAND YOU, therefore, from out of the value of any real or personal property of such judgment debtor found within your territorial jurisdiction, to cause payment to be made to the judgment creditor(s) in the amount of the "Execution Total" shown below, plus additional postjudgment interest as provided by G.L. c. 235 § 8 on the "Judgment Total" shown below commencing from the "Date Execution Issued" shown below at the "Annual Postjudgment Interest Rate" shown below, and to collect your own fees, as provided by law. This Writ of Execution is valid for twenty years from the "Date Judgment Entered" shown below. It must be returned to the court, along with your return of service, within ten days after this judgment has been satisfied or discharged, or after twenty years if this judgment remains unsatisfied or undischarged.

| 1. Judgment Total | $2,846.17 |
|---|---|
| 2. Date Judgment Entered | 06/04/2009 |
| 3. Date Execution Issued | 06/15/2009 |
| 4. Number of Days from Judgment to Execution (Line 3 - Line 2) | 11 |
| 5. Annual Postjudgment Interest Rate of 12.00% / 365 = Daily Interest Rate | 0.032877% |
| 6. Postjudgment Interest from Judgment to Execution (Lines 1x4x5) | $10.29 |
| 7. Postjudgment Costs (if any) | $0.00 |
| 8. Credits (if any) | $0.00 |
| 9. **EXECUTION TOTAL** (Lines 1 + 6 + 7, minus Line 8) | **$2,856.46** |

LEVYING OFFICER:  (a) Add daily interest from date execution issued.
                  (b) Add your fees as provided by law:

| TESTE OF FIRST JUSTICE<br>WITNESS: Hon. Paul F. LoConto | DATE EXECUTION ISSUED<br>06/15/2009 | ~~CLERK-MAGISTRATE~~/ASST. CLERK<br>X /s/ |

Date/Time Printed: 06/15/2009 09:43 AM                                FORM NO.

Worcester, SS. Worcester                                    June 30, 2009

By virtue of an Execution which issued on a Judgment in favor of

**CACH LLC**

against Judgment Debtor **Robert Vivlamore AKA Robert C. Vivlamore Jr.**

**817 Franklin Street, Worcester MA  01604**

which was rendered on  **June 4, 2009**   said Execution having been placed in my hands for the purpose of taking the lands of said Judgment Debtor, I have this day at 9:05A.M. seized and taken all right, title and interest which said Judgment Debtor had not exempt by law from attachment or levy on execution in and to a certain parcel of land in said **Worcester** bounded and described as follows

(Description and encumbrances, if any)

Land and buildings thereon on the northerly side of Franklin Street, Worcester, Massachusetts, and shown as Lot C ( Revised) on a Plan of Land in Worcester, MA, prepared for MAV Development Corporation plan by: George E. Smith & Associates 20 Oneida Avenue, Worcester, MA, 01606, dated May 22, 1998 and recorded in the Worcester District Registry of Deeds in Plan Book 736, Plan 10.

Being a portion of Tract I in a deed to grantor and recorded in Book 19911, Page 81.

817 Franklin Street, Worcester, MA

The above is a true copy of so much of my return as relates to the seizure of Real Estate. And I suspend further action at this time on the written request of the Plaintiff's attorney.
Mail to:

ATTEST: _Tammy Lemieux_
Tammy A Lemieux
Deputy Sheriff

JA Cambece Law Office PC
8 Bourbon Street
Peabody MA 01960

ATTEST: WORC. Anthony J. Vigliotti, Register

EXHIBIT 3



**Advantage 1**

Ron

# 817 FRANKLIN STREET
# WORCESTER, MA 01604

# MARKET ANALYSIS RESULTS

## MAY 9, 2018

**OPINION OF VALUE DETERMINED BY USING THE
METHODS BELOW AND THE SUPPORTING DATA REVIEWED:**

**MLS 6 MO SALES SIMILAR SF 2 MILES OF SUBJECT PROPERTY
6 MO ALL SALES 12 MILES SUBJECT PROPERTY
LOCATION & ZONING OF YOUR PROPERTY
CURRENT MARKET CONDITIONS & LENDING PRACTICES**

**AVERAGE MARKET COMPARABLE VALUE ………….. $ 270,751
MEDIAN MARKET COMPARABLE VALUE…………… $ 273,761
TOWN OF WORCESTER ASSESSED VALUE 2018……… $ 296,000**

## OPINION OF CURRENT MARKET VALUE  $ 284,171

**\*\*ADDITIONAL VALUATION DISCUSSION**

In certain situations it is required/important to determine the "forced sale" value of the subject property.  "Forced Sale" defined as:

1.  The offering and transfer of a property under conditions of compulsion.

2.  A sale at public auction made under court order, or foreclosure.

Although it is impossible to predict, with certainty, what percent of market value can be obtained under this definition, market shows that 70% to 75% of market value,:

**I ESTIMATE THE "FORCED" SALE VALUE TO BE      $ 215,000**



**179 Shrewsbury St
Worcester, MA 01604
508-459-5537
www.ronouellette.com
Email:  rono@remax.net**

EXHIBIT 4

Case 18-40594    Doc 42    Filed 09/02/18    Entered 09/02/18 22:11:59    Desc Main
Document    Page 17 of 18



Bk: 39778 Pg: 285  Doc: HMST
Page: 1 of 1  09/15/2006 01:59 PM

## DECLARATION OF HOMESTEAD

KNOW ALL MEN BY THESE PRESENTS, that I, ROBERT C. VIVLAMORE JR

of WORCESTER  County of WORCESTER,

in the Commonwealth of Massachusetts as a Householder, and being entitled to an Estate of Homestead in the land and buildings hereinafter described do hereby declare that I own, possess and occupy said premises as a residence and claim homestead under Massachusetts General Laws, Chapter 188, Section 1, as amended, to wit:

Property address: 817 FRANKLIN STREET, WORCESTER, MA

acquired by me by deed from VAM REALTY LLC and recorded at the

WORCESTER  Registry of Deeds in Book 2/301, Page 651

Certificate of Title  X X .

I expressly reserve the right to myself, my spouse and to the survivor of us, and to the executor or administrator of the survivor of us, to revoke and rescind this Homestead as to ourselves and our minor, unmarried children.

WITNESS my hand and seal this 15th day of SEPTEMBER, 2006.

COMMONWEALTH OF MASSACHUSETTS  ROBERT C. VIVLAMORE

WORCESTER , ss

On this 15th day of SEPTEMBER, 2006, before me, the undersigned notary public, personally appeared ROBERT C. VIVLAMORE JR _____ (name of document signer), proved to me through satisfactory evidence of identification, which were MASS L, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that (he) (she) signed it voluntarily for its stated purpose.

THOMAS F. GORDON
Notary Public
Commonwealth of Massachusetts
My Commission Expires
November 12, 2010

ROBERT C. VIVLAMORE JR
817 FRANKLIN ST
WORCESTER, MA

Official Signature and Seal of Notary
My Commission Expires:

ATTEST: WORC. Anthony J. Vigliotti, Register